# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RUSSELL EVANDON PULLEY,<br>    Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **JUDGMENT IN A CIVIL CASE**<br><br>  **CASE NO. 4:13-CV-165-D** |

**Decision by the Court.**

  IT IS ORDERED AND ADJUDGED in accordance with the court's order entered on August 5, 2014, that plaintiff's objections to the Memorandum and Recommendation are OVERRULED, plaintiff's motion for judgment on the pleadings is DENIED, defendant's motion for judgment on the pleadings is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 5, 2014**, AND A COPY MAILED TO:

Roberta L. Edwards (via CM/ECF Notice of Electronic Filing)
Todd J. Lewellen (via CM/ECF Notice of Electronic Filing)


August 5, 2014                 JULIE A. RICHARDS, Clerk
Date                       *Eastern District of North Carolina*

                        /s/ Susan W. Tripp
*New Bern, North Carolina*            *(By) Deputy Clerk*